CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

No. 200.   G.  DAVISON  et al  v.  WEST  OXFORD  LAND COMPANY; from Granville.   Appeal by plaintiff.

*Per Curiam:*   Appeal dismissed under Rule 17.

No. 209.   STATE v. U. M. COLLINS; from Onslow.   Appeal by defendant.

*Per Curiam:*   Appeal dismissed under Rules 16 and 30.

No. 221.   L. M. POLLOCK v. ENOCH WADSWORTH; from Jones.   Appeal by plaintiff.

*Per Curiam:*   Appeal dismissed under Rule 30.

No. 238.   W. A. DUNN, Receiver, v. D. D. UNDERWOOD et al; from Sampson.   Appeal by defendants.

*Per Curiam:*   Dismissed.

No. 239.   T. E. STAGG v. EINSTEIN BROS., et al; from Lenoir.   Appeal by defendants.

*Per Curiam:*   Dismissed under Rule 17.

No. 240.   C. C. PARKER et al v. SAMUEL ALBERTSON; from Duplin.   Appeal by plaintiff.

*Per Curiam:*   Dismissed under Rule 17.

No. 259.   E. A. GINGERY v. J. C. SMITH; from Robeson.   Appeal by Plaintiff.

*Per Curiam:*   Dismissed under Rule 15.